UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALENTIN FELICIANO, | ) | NO. EDCV 21-862-JGB (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| UNKNOWN DEFENDANT, | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), the Objections and other filings. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Report.[1]

IT IS ORDERED that the complaint is dismissed and judgment be entered dismissing the entire action without prejudice.

.

DATED: November 3, 2021

_____
JESUS G. BERNAL
United States District Judge

---

[1] The court notes one correction to the Report. Plaintiff's response and supplemental response to the Order to Show Cause are found at Dkt. Nos. 4 and 7.