JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN FELICIANO, | NO. EDCV 21-862-JGB (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| UNKNOWN DEFENDANT, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that judgment is entered dismissing the entire action without prejudice.

DATED: November 3, 2021

_____
JESUS G. BERNAL
United States District Judge